■ In the Matter of ATTORNEYS IN VIOLATION OF JUDICIARY LAW § 468-A. SHERI A. DOYLE, Admitted on March 3, 1986, at a Term of the Appellate Division, First Department. [748 NYS2d 239] No opinion. Concur—Williams, P.J., Nardelli, Mazzarelli, Saxe and Ellerin, JJ. [*See* 240 AD2d 106.]

■ In the Matter of HERMENA PERLMUTTER, a Suspended Attorney. [748 NYS2d 239] No opinion. Concur—Williams, P.J., Mazzarelli, Rosenberger, Ellerin and Wallach, JJ.